# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                            NO. 4:23-po-00147-JJV

JEREMY J. GRAY                                                                                    DEFENDANT

## ORDER

Defendant Jeremy J. Gray was issued CVB Ticket No. E1781881 on June 11, 2023. The United States now moves *ora tenus* to dismiss the ticket. The request is granted. The ticket is dismissed and the Clerk is directed to terminate this case.

IT IS SO ORDERED this 6th day of May 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE